■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SOUTHARD, Appellant.—

The defendant's claim that he was not afforded the effective assistance of counsel is based on matters dehors the record and thus not reviewable on direct appeal *(see, People v Walker,* 152 AD2d 644; *People v Bosley,* 149 AD2d 520; *People v Robinson,* 122 AD2d 173). The appropriate remedy is a post-conviction motion pursuant to CPL 440.10 *(see, People v Walker, supra; People v Bosley, supra).* Mangano, J. P., Kunzeman, Eiber and Kooper, JJ., concur.